John T. Dempsey, Administrator with Will Annexed in Estate of Anton M. Simonsen, Deceased, Appellee, v. Marion Patricia Hass et al., Appellees. Niels Pedersen, Appellant.

Gen. No. 44,267.

82

opinion filed
March 29, 1948; released for publication April 9, 1948. Guilford R.
Windes, for appellant; Burton Hugh Young, of counsel; Don M. Peebles,
for certain appellee; Nelson, Boodell & Grant, Raymond I. Suekoff,
Hobart M. Sidler, J. Leonard Rockey and Bobb, Spoerri, Bourland & Harris, for certain other. appellees; Raymond I. Suekoff, Peter B. Nelson,
Hobart M. Sidler, J. Leonard Rockey and Herman C. Nagel, of counsel.
Opinion by JUSTICE O'CONNOR. Not to be published in full.

